# JIM HJELM
# *Occasions*

# CHRISTINA WU
## *Occasions*